IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

SHERRI L. HOWARTH,  )
               Plaintiff,  )
vs.  )  Civil No. 17-cv-726-JGP-CJP
NANCY A. BERRYHILL, Acting  )
Commissioner of Social Security,  )
               Defendant.  )

## JUDGMENT IN A CIVIL CASE

**IT IS ORDERED AND ADJUDGED** that, pursuant to an Order entered by United States District Judge J. Phil Gilbert, the Commissioner's final decision denying plaintiff's application for social security benefits is **REVERSED** and **REMANDED** to the Commissioner for rehearing and reconsideration of the evidence, pursuant to sentence four of 42 U.S.C. § 405(g).

Judgment is entered in favor of plaintiff Sherri L. Howarth and against defendant Nancy A. Berryhill, Acting Commissioner of Social Security.

**DATED:** February 12, 2018

        **JUSTINE FLANAGAN,**
        **Acting Clerk of Court**

        **BY: s/Tina Gray**
             **Deputy Clerk**

**Approved:**

s/ J. Phil Gilbert
**J. Phil Gilbert**
**U.S. District Judge**